UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC R. KINZLER, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>FIRST NBC BANK HOLDING COMPANY, ASHTON J. RYAN, JR. and MARY BETH VERDIGETS,<br><br>                Defendants. | Civil Action No. 2:16CV4243-A1<br><br>JUDGE: Zainey<br><br>MAGISTRATE: Shushan<br><br><br><br><br><br>CLASS ACTION |

## JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

"Plaintiff" Eric R. Kinzler and "Defendants" First NBC Bank Holding Company, Ashton J. Ryan, Jr. and Mary Beth Verdigets, hereby stipulate and agree as follows:

**WHEREAS**, on May 5, 2016, Plaintiff filed the complaint in the above-captioned action (the "Kinzler Complaint"), a putative class action arising under the Securities Exchange Act of 1934 ("Exchange Act"), including the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), 15 U.S.C. §78u-4, against each of the Defendants;

**WHEREAS**, all of the Defendants have been served with process, and as such, the time for Defendants to respond to the Kinzler Complaint has begun to run;

**WHEREAS**, §21D(a)(3)(A)(i) of the Reform Act, 15 U.S.C. §78u-4(a)(3)(A)(i), requires a plaintiff to cause a public notice to be filed within 20 days of filing a putative class action that arises under the Reform Act, which notice plaintiff Daniel Kinzler caused to be published on May 5, 2016;

**WHEREAS**, after the notice has been published, any purported class member has 60 days to move the Court to serve as lead plaintiff on behalf of the putative class, 15 U.S.C. §78u-4(a)(3)(A)(i)(II);

**WHEREAS**, the parties anticipate that additional complaints arising from the same events that allegedly gave rise to the Kinzler Complaint may be filed and related to and/or consolidated with this action;

**WHEREAS**, if a motion to consolidate multiple actions has been filed, the Court must wait until any consolidation motion has been resolved before appointing a lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(ii);

**WHEREAS**, pursuant to the Reform Act, once a decision on a consolidation motion has been rendered, the Court must, appoint a lead plaintiff who is "most capable of adequately representing the interests of class members," 15 U.S.C. §78u-4(a)(3)(B)(i)-(ii);

**WHEREAS**, the lead plaintiff's selection of lead counsel is appointed, subject to the Court's approval, 15 U.S.C. §78u-4(a)(3)(B)(v), and it identifies an operative complaint or files a consolidated or amended complaint that becomes the operative complaint;

**WHEREAS**, the parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, no response to any pleading in this action by any Defendant should occur until after (i) any and all related actions are consolidated, if the Court deems such consolidation appropriate, (ii) the lead plaintiff is appointed and lead counsel approved by the Court pursuant to the Reform Act, and (iii) such lead plaintiff serves an amended complaint or deems an already served complaint the operative complaint;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the undersigned parties, as follows:

1.     No Defendant needs to respond to the Kinzler Complaint already filed in this action or to any subsequently filed complaints until after the appointment of the lead plaintiff and after the filing or designation by such lead plaintiff of an operative complaint.

2. The time for lead plaintiff to file or designate an operative complaint shall be 60 days after entry of an order appointing lead plaintiff pursuant to §21D(a)(3)(B), 15 U.S.C. §78u-4 of the Exchange Act. The time for Defendants to answer, move or otherwise respond to the consolidated complaint shall be 60 days from filing or designation of such lead plaintiff's operative complaint. In the event Defendants file a motion to dismiss the operative complaint, lead plaintiff shall have 60 days from filing of such motion in which to file papers in opposition to the motion. Defendants shall have 30 days from the filing of lead plaintiff's opposition papers in which to file reply papers.

3. This Stipulation is entered into without prejudice to any party seeking any interim relief.

4. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the Kinzler Complaint already filed in this action.

DATED: June 2, 2016        LEMMON LAW FIRM, LLC
                           ANDREW A. LEMMON (#18302)


                           /s/ Andrew A. Lemmon
                           _____
                              ANDREW A. LEMMON

                           P.O. Box 904
                           15058 River Road
                           Hahnville, LA  70057
                           Telephone:  985/783-6789
                           985/783-1333 (fax)
                           andrew@lemmonlawfirm.com

                           ROBBINS GELLER RUDMAN
                              & DOWD LLP
                           SAMUEL H. RUDMAN
                           MARY K. BLASY
                           58 South Service Road, Suite 200
                           Melville, NY  11747
                           Telephone:  631/367-7100
                           631/367-1173 (fax)

                                        ROBBINS GELLER RUDMAN
                                              &DOWD LLP
JACK REISE
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)

JOHNSON & WEAVER, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA 30064
Telephone: 770/200-3104
770/200-3101 (fax)

*Attorneys for Plaintiff*

DATED: June 2, 2016          FIRST NBC BANK
GREGORY J. ST. ANGELO (#24886)


/s/ Gregory J. St. Angelo

---

                                        GREGORY J. ST. ANGELO

210 Baronne Street
New Orleans, LA 70112
Telephone: 504/671-3899
504/324-0429 (fax)
gstangelo@firstnbcbank.com

*Attorney for Defendants*