# EXHIBIT A

| EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|
| Oakland County (MI) Employees' Retirement System and Voluntary Employees' Benefit Association | | | | | | |
| First NBC Bank Holding Company | | | | | | |
| Class Period: 05/10/2013 through 10/20/2016 | | | | | | |
| | | | | | | |
| PURCHASES | | | | SALES | | |
| DATE | SHARES | PRICE/SH | | DATE | SHARES | PRICE/SH |
| Account #1 | | | | | | |
| 5/10/2013 | 369 | 24.0000 | | 5/10/2013 | 461 | 24.5236 |
| 5/10/2013 | 92 | 24.0000 | | 1/24/2014 | 1,014 | 32.6404 |
| 5/16/2013 | 3,096 | 24.1004 | | 5/15/2014 | 286 | 31.7504 |
| 5/16/2013 | 57 | 24.1261 | | 5/20/2014 | 162 | 31.7849 |
| 5/20/2013 | 20 | 24.4768 | | 5/27/2014 | 120 | 33.4623 |
| 5/21/2013 | 60 | 24.4219 | | 5/27/2014 | 49 | 33.4028 |
| 5/22/2013 | 99 | 24.4409 | | 6/4/2014 | 174 | 33.9788 |
| 5/22/2013 | 53 | 24.5000 | | 10/16/2014 | 90 | 32.9221 |
| 5/23/2013 | 267 | 24.0966 | | 10/16/2014 | 73 | 33.0050 |
| 5/23/2013 | 88 | 24.1950 | | 10/17/2014 | 65 | 32.7106 |
| 5/23/2013 | 85 | 24.0921 | | 12/1/2014 | 143 | 35.5485 |
| 5/24/2013 | 71 | 24.1200 | | 12/1/2014 | 46 | 35.5900 |
| 5/28/2013 | 15 | 24.1259 | | 12/2/2014 | 197 | 35.2952 |
| 7/8/2013 | 65 | 24.8437 | | 12/2/2014 | 87 | 35.3350 |
| 7/9/2013 | 85 | 25.1002 | | 12/3/2014 | 271 | 34.7003 |
| 7/9/2013 | 52 | 25.1850 | | 12/4/2014 | 194 | 34.4301 |
| 8/28/2013 | 321 | 23.5999 | | 4/27/2015 | 524 | 35.2457 |
| 8/28/2013 | 139 | 23.4735 | | 8/12/2016 | 1,266 | 14.3904 |
| 12/13/2013 | 452 | 28.7107 | | 8/12/2016 | 598 | 14.7145 |
| 12/13/2013 | 57 | 28.7112 | | 8/12/2016 | 209 | 15.4000 |
| 12/16/2013 | 81 | 29.5552 | | 8/15/2016 | 1,743 | 12.3766 |
| 12/16/2013 | 65 | 29.6200 | | 8/15/2016 | 479 | 13.0129 |
| 12/16/2013 | 31 | 29.9994 | | 8/15/2016 | 454 | 13.0950 |
| 12/23/2013 | 121 | 31.3723 | | 8/16/2016 | 2,407 | 12.1010 |
| 12/24/2013 | 20 | 31.6022 | | 8/16/2016 | 137 | 11.7950 |
| 12/26/2013 | 116 | 31.5871 | | 8/17/2016 | 1,311 | 12.0292 |
| 12/27/2013 | 103 | 31.8285 | | | | |
| 4/28/2015 | 42 | 35.9432 | | | | |
| 4/29/2015 | 131 | 35.8295 | | | | |
| 8/12/2015 | 586 | 35.1332 | | | | |
| 8/12/2015 | 293 | 35.0624 | | | | |
| 8/13/2015 | 578 | 36.1919 | | | | |
| 8/13/2015 | 68 | 35.7760 | | | | |
| 8/14/2015 | 553 | 36.5702 | | | | |
| 8/17/2015 | 140 | 36.7257 | | | | |
| 2/12/2016 | 4,089 | 24.3801 | | | | |

| Oakland County (MI) Employees' Retirement System and Voluntary Employees' Benefit Association ||||||||
| First NBC Bank Holding Company ||||||||
| Class Period: 05/10/2013 through 10/20/2016 ||||||||
| | | | | | | | |
| **PURCHASES** ||| | **SALES** |||
| **DATE** | **SHARES** | **PRICE/SH** | | **DATE** | **SHARES** | **PRICE/SH** |
| | | | | | | |
| **Account #2** ||| | | | |
| | | | | | | |
| 5/10/2013 | 477 | 24.0000 | | 5/10/2013 | 597 | 24.5236 |
| 5/10/2013 | 277 | 24.0000 | | 5/10/2013 | 347 | 24.5236 |
| 5/10/2013 | 120 | 24.0000 | | 7/24/2013 | 391 | 26.8634 |
| 5/10/2013 | 70 | 24.0000 | | 9/25/2013 | 219 | 23.8973 |
| 5/16/2013 | 4,007 | 24.1004 | | 11/20/2013 | 1,994 | 27.8001 |
| 5/16/2013 | 2,328 | 24.1004 | | 11/21/2013 | 534 | 27.7321 |
| 5/16/2013 | 73 | 24.1262 | | 5/15/2014 | 462 | 31.7504 |
| 5/16/2013 | 42 | 24.1262 | | 5/20/2014 | 268 | 31.7849 |
| 5/20/2013 | 25 | 24.4768 | | 5/27/2014 | 198 | 33.4623 |
| 5/20/2013 | 15 | 24.4767 | | 5/27/2014 | 80 | 33.4028 |
| 5/21/2013 | 79 | 24.4219 | | 6/4/2014 | 288 | 33.9788 |
| 5/21/2013 | 45 | 24.4220 | | 10/16/2014 | 148 | 32.9221 |
| 5/22/2013 | 128 | 24.4409 | | 10/16/2014 | 120 | 33.0050 |
| 5/22/2013 | 74 | 24.4409 | | 10/17/2014 | 107 | 32.7106 |
| 5/22/2013 | 69 | 24.5000 | | 12/1/2014 | 236 | 35.5485 |
| 5/22/2013 | 40 | 24.5000 | | 12/1/2014 | 77 | 35.5900 |
| 5/23/2013 | 345 | 24.0966 | | 12/2/2014 | 325 | 35.2952 |
| 5/23/2013 | 201 | 24.0966 | | 12/2/2014 | 143 | 35.3350 |
| 5/23/2013 | 114 | 24.1950 | | 12/3/2014 | 447 | 34.7003 |
| 5/23/2013 | 110 | 24.0921 | | 12/4/2014 | 319 | 34.4301 |
| 5/23/2013 | 66 | 24.1950 | | 3/24/2015 | 462 | 32.5865 |
| 5/23/2013 | 64 | 24.0920 | | 8/12/2016 | 2,080 | 14.3904 |
| 5/24/2013 | 92 | 24.1200 | | 8/12/2016 | 983 | 14.7145 |
| 5/24/2013 | 53 | 24.1200 | | 8/12/2016 | 342 | 15.4000 |
| 5/28/2013 | 19 | 24.1258 | | 8/15/2016 | 2,872 | 12.3766 |
| 5/28/2013 | 11 | 24.1255 | | 8/15/2016 | 789 | 13.0129 |
| 7/8/2013 | 85 | 24.8436 | | 8/15/2016 | 749 | 13.0950 |
| 7/8/2013 | 49 | 24.8437 | | 8/16/2016 | 3,963 | 12.1010 |
| 7/9/2013 | 110 | 25.1002 | | 8/16/2016 | 227 | 11.7950 |
| 7/9/2013 | 66 | 25.1850 | | 8/17/2016 | 2,157 | 12.0292 |
| 7/9/2013 | 65 | 25.1002 | | | | |
| 7/9/2013 | 38 | 25.1850 | | | | |
| 8/28/2013 | 409 | 23.5999 | | | | |
| 8/28/2013 | 217 | 23.5999 | | | | |
| 8/28/2013 | 176 | 23.4735 | | | | |
| 8/28/2013 | 92 | 23.4735 | | | | |
| 12/13/2013 | 612 | 28.7107 | | | | |
| 12/13/2013 | 77 | 28.7112 | | | | |
| 12/16/2013 | 110 | 29.5222 | | | | |

Oakland County (MI) Employees' Retirement System and Voluntary Employees' Benefit Association
First NBC Bank Holding Company
Class Period: 05/10/2013 through 10/20/2016

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| DATE | SHARES | PRICE/SH | DATE | SHARES | PRICE/SH |
| 12/16/2013 | 88 | 29.6200 | | | |
| 12/16/2013 | 43 | 29.9993 | | | |
| 12/23/2013 | 163 | 31.3723 | | | |
| 12/24/2013 | 27 | 31.6022 | | | |
| 12/26/2013 | 157 | 31.5871 | | | |
| 12/27/2013 | 138 | 31.8285 | | | |
| 4/28/2015 | 78 | 35.9432 | | | |
| 4/29/2015 | 240 | 35.8295 | | | |
| 8/12/2015 | 1,077 | 35.1332 | | | |
| 8/12/2015 | 539 | 35.0624 | | | |
| 8/13/2015 | 1,064 | 36.1919 | | | |
| 8/13/2015 | 126 | 35.7760 | | | |
| 8/14/2015 | 1,016 | 36.5702 | | | |
| 8/17/2015 | 256 | 36.7257 | | | |
| 2/12/2016 | 5,862 | 24.3801 | | | |