# EXHIBIT B

| EXHIBIT B | | | | | | |
|---|---|---|---|---|---|---|
| Plymouth County Retirement System | | | | | | |
| First NBC Bank Holding Company | | | | | | |
| Class Period: 05/10/2013 through 10/20/2016 | | | | | | |
| | | | | | | |
| **PURCHASES** | | | | **SALES** | | |
| **DATE** | **SHARES** | **PRICE/SH** | | **DATE** | **SHARES** | **PRICE/SH** |
| 5/10/2013 | 980 | 24.0000 | | 5/10/2013 | 1,226 | 24.5236 |
| 5/10/2013 | 246 | 24.0000 | | 5/15/2014 | 834 | 31.7504 |
| 5/16/2013 | 8,231 | 24.1004 | | 5/20/2014 | 466 | 31.7849 |
| 5/16/2013 | 151 | 24.1261 | | 5/27/2014 | 140 | 33.4028 |
| 5/20/2013 | 29 | 24.4768 | | 5/27/2014 | 346 | 33.4623 |
| 5/21/2013 | 17 | 24.4219 | | 6/4/2014 | 508 | 33.9788 |
| 5/22/2013 | 28 | 24.4409 | | 10/16/2014 | 214 | 33.0050 |
| 5/22/2013 | 15 | 24.5000 | | 10/16/2014 | 263 | 32.9221 |
| 5/23/2013 | 24 | 24.0921 | | 10/17/2014 | 189 | 32.7106 |
| 5/23/2013 | 77 | 24.0966 | | 12/1/2014 | 135 | 35.5900 |
| 5/23/2013 | 25 | 24.1950 | | 12/1/2014 | 412 | 35.5485 |
| 5/24/2013 | 21 | 24.1200 | | 12/2/2014 | 251 | 35.3350 |
| 5/28/2013 | 4 | 24.1259 | | 12/2/2014 | 567 | 35.2952 |
| 7/8/2013 | 358 | 24.8437 | | 12/3/2014 | 782 | 34.7003 |
| 7/9/2013 | 463 | 25.1002 | | 12/4/2014 | 556 | 34.4301 |
| 7/9/2013 | 277 | 25.1850 | | 8/12/2016 | 1,127 | 14.7145 |
| 8/28/2013 | 327 | 23.4735 | | 8/12/2016 | 2,388 | 14.3904 |
| 8/28/2013 | 762 | 23.5999 | | 8/12/2016 | 390 | 15.4000 |
| 12/13/2013 | 1,090 | 28.7107 | | 8/15/2016 | 863 | 13.0950 |
| 12/13/2013 | 137 | 28.7112 | | 8/15/2016 | 910 | 13.0129 |
| 12/16/2013 | 196 | 29.5222 | | 8/15/2016 | 3,312 | 12.3766 |
| 12/16/2013 | 157 | 29.6200 | | 8/16/2016 | 261 | 11.7950 |
| 12/16/2013 | 76 | 29.9994 | | 8/16/2016 | 4,570 | 12.1010 |
| 12/23/2013 | 290 | 31.3723 | | 8/17/2016 | 2,489 | 12.0292 |
| 12/24/2013 | 48 | 31.6022 | | | | |
| 12/26/2013 | 278 | 31.5871 | | | | |
| 12/27/2013 | 246 | 31.8285 | | | | |
| 4/28/2015 | 154 | 35.9432 | | | | |
| 4/29/2015 | 475 | 35.8295 | | | | |
| 8/12/2015 | 1,062 | 35.0624 | | | | |
| 8/12/2015 | 2,118 | 35.1332 | | | | |
| 8/13/2015 | 248 | 35.7760 | | | | |
| 8/13/2015 | 2,090 | 36.1919 | | | | |
| 8/14/2015 | 1,996 | 36.5702 | | | | |
| 8/17/2015 | 503 | 36.7257 | | | | |