# **EXHIBIT C**

| EXHIBIT C | | | | | |
|---|---|---|---|---|---|
| Central Laborers' Pension Fund | | | | | |
| First NBC Bank Holding Company | | | | | |
| Class Period: 05/10/2013 through 10/20/2016 | | | | | |
| | | | | | |
| **PURCHASES** | | | | **SALES** | |
| **DATE** | **SHARES** | **PRICE/SH** | **DATE** | **SHARES** | **PRICE/SH** |
| 5/10/2013 | 800 | 24.0000 | 5/10/2013 | 1,001 | 24.5236 |
| 5/10/2013 | 201 | 24.0000 | 5/15/2014 | 781 | 31.7504 |
| 5/16/2013 | 123 | 24.1261 | 5/20/2014 | 425 | 31.7849 |
| 5/16/2013 | 6,718 | 24.1004 | 5/27/2014 | 127 | 33.4028 |
| 5/20/2013 | 43 | 24.4768 | 5/27/2014 | 316 | 33.4623 |
| 5/21/2013 | 132 | 24.4219 | 6/4/2014 | 458 | 33.9788 |
| 5/22/2013 | 215 | 24.4409 | 10/16/2014 | 199 | 33.0050 |
| 5/22/2013 | 115 | 24.5000 | 10/16/2014 | 245 | 32.9221 |
| 5/23/2013 | 191 | 24.1950 | 10/17/2014 | 176 | 32.7106 |
| 5/23/2013 | 185 | 24.0921 | 12/1/2014 | 377 | 35.5485 |
| 5/23/2013 | 579 | 24.0966 | 12/1/2014 | 123 | 35.5900 |
| 5/24/2013 | 154 | 24.1200 | 12/2/2014 | 229 | 35.3350 |
| 5/28/2013 | 32 | 24.1259 | 12/2/2014 | 519 | 35.2952 |
| 7/8/2013 | 136 | 24.8437 | 12/3/2014 | 715 | 34.7003 |
| 7/9/2013 | 176 | 25.1002 | 12/4/2014 | 509 | 34.4301 |
| 7/9/2013 | 105 | 25.1850 | 6/23/2016 | 961 | 16.9600 |
| 8/28/2013 | 697 | 23.5999 | 7/26/2016 | 304 | 19.4450 |
| 8/28/2013 | 300 | 23.4735 | 8/12/2016 | 2,035 | 14.3904 |
| 12/13/2013 | 120 | 28.7112 | 8/12/2016 | 333 | 15.4000 |
| 12/13/2013 | 957 | 28.7107 | 8/12/2016 | 961 | 14.7145 |
| 12/16/2013 | 138 | 29.6200 | 8/15/2016 | 2,813 | 12.3766 |
| 12/16/2013 | 172 | 29.5222 | 8/15/2016 | 773 | 13.0129 |
| 12/16/2013 | 67 | 29.9994 | 8/15/2016 | 733 | 13.0950 |
| 12/23/2013 | 255 | 31.3723 | 8/16/2016 | 222 | 11.7950 |
| 12/24/2013 | 42 | 31.6022 | 8/16/2016 | 3,883 | 12.1010 |
| 12/26/2013 | 245 | 31.5871 | 8/17/2016 | 2,114 | 12.0292 |
| 12/27/2013 | 216 | 31.8285 | | | |
| 4/28/2015 | 132 | 35.9432 | | | |
| 4/29/2015 | 407 | 35.8295 | | | |
| 8/12/2015 | 1,891 | 35.1332 | | | |
| 8/12/2015 | 948 | 35.0624 | | | |
| 8/13/2015 | 1,875 | 36.1919 | | | |
| 8/13/2015 | 222 | 35.7760 | | | |
| 8/14/2015 | 1,791 | 36.5702 | | | |
| 8/17/2015 | 451 | 36.7257 | | | |
| 11/10/2015 | 501 | 41.3221 | | | |