## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ERIC R. KINZLER, Individually and on Behalf of All Others Similarly Situated, | : | No. 2:16-cv-04243-KDE-JVM |
| | : | CHIEF JUDGE KURT D. ENGELHARDT |
| Plaintiff, | : | |
| - against - | : | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| FIRST NBC BANK HOLDING COMPANY, ASHTON J. RYAN, JR., MARY BETH VERDIGETS, and ERNST & YOUNG LLP, | : | SECTION "N" |
| | : | |
| Defendants. | | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DEFENDANTS FIRST NBC BANK HOLDING COMPANY AND MARY BETH VERDIGETS'S MOTION TO DISMISS THE AMENDED COMPLAINT

Upon the Amended Complaint filed December 5, 2016; the accompanying memorandum of law supporting this motion, and the exhibits thereto; and upon all prior papers and proceedings herein, Defendants First NBC Bank Holding Company and Mary Beth Verdigets, through undersigned counsel, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 9(b) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, for an Order (a) dismissing the Amended Complaint with prejudice; and (b) granting such other and further relief as this Court may deem just and proper.

DATED:  February 15, 2017                                   Respectfully submitted,

/s/ Kyle Schonekas
Kyle Schonekas (11817)                                      Jay B. Kasner
Patrick S. McGoey (24549)                                   Scott D. Musoff
Ellie T. Schilling (33358)                                  Robert A. Fumerton (*pro hac vice anticipated*)
SCHONEKAS, EVANS,                                           SKADDEN, ARPS, SLATE,
   MCGOEY & MCEACHIN, LLC                                      MEAGHER & FLOM LLP
909 Poydras Street, Suite 1600                              4 Times Square
New Orleans, LA 70112                                       New York, NY 10036
(504) 680-6050/telephone                                    (212) 735-3000/telephone
(504) 680-6051/facsimile                                    (212) 735-2000/facsimile
kyle@semmlaw.com                                            jay.kasner@skadden.com
patrick@semmlaw.com                                         scott.musoff@skadden.com
ellie@semmlaw.com                                           robert.fumerton@skadden.com

*Counsel for Defendant First NBC Bank Holding Company*

/s/ Aaron Benjamin Greenbaum
Aaron Benjamin Greenbaum (31752)                            Matthew T. Martens
Elizabeth Belle McIntosh (36575)                            Robert Z. Beasley
Salvador Joseph Pusateri (21036)                            WILMERHALE
PUSATERI BARRIOS                                            1875 Pennsylvania Ave., NW
   GUILLOT & GREENBAUM                                      Washington, D.C. 20006
1100 Poydras Street, Suite 2250                             (202) 665-6921/telephone
New Orleans, LA 70163                                       (202) 663-6363/facsimile
(504) 620-2500/telephone                                    matthew.martens@wilmerhale.com
(504) 620-2510/facsimile                                    zachary.beasley@wilmerhale.com
aaron.greenbaum@pbgglaw.com
elizabeth.mcintosh@pbgglaw.com                              Timothy J. Perla
salvador.pusateri@pbgglaw.com                               WILMERHALE
                                                            60 State Street
                                                            Boston, MA 02109
                                                            (617) 526-6000/telephone
                                                            (617) 526-5000/facsimile
                                                            timothy.perla@wilmerhale.com

*Counsel for Defendant Mary Beth Verdigets*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion to dismiss was served upon all counsel of record this 15th day of February, 2017, by e-filing same into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

DATED: February 15, 2017

/s/ Kyle Schonekas
Kyle Schonekas (11817)
Patrick S. McGoey (24549)
Ellie T. Schilling (33358)
SCHONEKAS, EVANS,
  MCGOEY & MCEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, LA 70112
(504) 680-6050/telephone
(504) 680-6051/facsimile
kyle@semmlaw.com
patrick@semmlaw.com
ellie@semmlaw.com

3