UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC R. KINZLER, Individually and on Behalf of All Others Similarly Situated, | CIVIL ACTION |
| VERSUS | NO. 16-cv-04243 |
| FIRST NBC BANK HOLDING COMPANY, ASHTON J. RYAN, JR., MARY BETH VERDIGETS, and ERNST & YOUNG LLP, | SECTION "N" (1) |

## JUDGMENT

For the reasons orally stated on the record at oral argument on April 26, 2017, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Defendants First NBC Bank Holding Company, Ashton J. Ryan, Jr., Mary Beth Verdigets, and Ernst & Young LLP and against Plaintiff Eric R. Kinzler, individually and on behalf of all others similarly situated, **DISMISSING** Plaintiff's complaint with prejudice.

New Orleans, Louisiana, this 11th day of May 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**