**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ERIC R. KINZLER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | CIVIL ACTION |
| Plaintiff, | ) ) | No. 2:16-cv-04243-KDE-JVM |
| v. | ) ) | JUDGE KURT D. ENGELHARDT |
| FIRST NBC BANK HOLDING COMPANY, ASHTON J. RYAN, JR., MARY BETH VERDIGETS, and ERNST & YOUNG LLP, | ) ) ) ) | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | ) ) ) | SECTION "N" |

**LEAD PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Lead Plaintiffs in the above-captioned litigation, Oakland County Employees' Retirement System and Voluntary Employees' Benefit Association, Plymouth County Retirement System, and Central Laborers' Pension Fund, on behalf of themselves and all others similarly situated, hereby timely appeal to the United States Court of Appeals for the Fifth Circuit from (i) the District Court's final Judgment [Dkt. No. 119], entered on May 11, 2017, which dismissed plaintiffs' claims with prejudice for the reasons orally stated on the record at oral argument on April 26, 2017; (ii) the District Court's three Orders granting defendants' motions to dismiss plaintiffs' claims for the reasons orally stated on the record at oral argument on April 26, 2017, as reflected in the District Court's Minute Entry [Dkt. No. 115], which was entered April 28, 2017; and (iii) all prior orders and rulings merged in the foregoing.  Lead Plaintiffs file this appeal against all defendants, including defendants First

NBC Bank Holding Company, Ashton J. Ryan, Jr., Mary Beth Verdigets, and Ernst & Young LLP.

Dated:  May 24, 2017

**BARRACK, RODOS & BACINE**

*s/ Robert A. Hoffman*
Jeffrey W. Golan (admitted *pro hac vice*)
Robert A. Hoffman (admitted *pro hac vice*)
Jeffrey B. Gittleman (admitted *pro hac vice*)
Chad A. Carder (admitted *pro hac vice*)
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

*Lead Counsel and Attorneys for Lead Plaintiffs*

and

Vincent J. Glorioso, Jr. (#6064)
Maria B. Glorioso (#24435)
Vincent J. Glorioso, III (#26896)
**THE GLORIOSO LAW FIRM**
2716 Athania Pkwy.
Metairie, LA 70002
Telephone: (504) 569-9999
Facsimile: (504) 569-9022

Joel H. Bernstein (admitted *pro hac vice*)
Michael W. Stocker (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477

J. Gerard Stranch, IV (admitted *pro hac vice*)
**BRANSTETTER, STRANCH &**
**JENNINGS, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801

*Additional Attorneys for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2017, I electronically filed the foregoing Notice of

Appeal with the Clerk of Court by using the CM/ECF system which will send a notice of

electronic filing to all counsel of record.

*/s/ Robert A. Hoffman*
Robert A. Hoffman (admitted *pro hac vice*)
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
rhoffman@barrack.com