IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30443

_____

**A True Copy**
Certified order issued Nov 20, 2017

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CENTRAL LABORERS' PENSION FUND, Lead Plaintiff; OAKLAND COUNTY MICHIGAN EMPLOYEES' RETIREMENT SYSTEM AND VOLUNTARY EMPLOYEES' BENEFIT ASSOCIATION, Lead Plaintiff; PLYMOUTH COUNTY MASSACHUSETTS RETIREMENT ASSOCIATION, Lead Plaintiff,

      Plaintiffs - Appellants

v.

FIRST NBC BANK HOLDING COMPANY; ASHTON J. RYAN, JR.; MARY BETH VERDIGETS; ERNST & YOUNG, L.L.P.,

      Defendants - Appellees

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

CLERK'S OFFICE:

      Under FED R. APP. P. 42(b), the appeal is dismissed as of November 20, 2017, as to appellee Ernst & Young, L.L.P. only, pursuant to the stipulation of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT