UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC R. KINZLER, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) FIRST NBC BANK HOLDING COMPANY, ) ASHTON J. RYAN, JR., MARY BETH ) VERDIGETS, and ERNST & YOUNG LLP, ) ) Defendants. ) ) | CIVIL ACTION<br><br>No. 2:16-cv-04243-SM-JVM |

**LEAD PLAINTIFFS' MOTION FROM RELIEF OF THE COURT'S
MAY 11, 2017 JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)**

Pursuant to Rule 60(b)(2) and (6) of the Federal Rules of Civil Procedure, Lead Plaintiffs, Oakland County Employees' Retirement System and Voluntary Employees' Benefit Association, Plymouth County Retirement System, and Central Laborers' Pension Fund ("Lead Plaintiffs"), hereby move for relief from the Court's May 11, 2017 Judgment ("Judgment") dismissing Lead Plaintiffs' Amended Complaint for Violations of the Federal Securities Laws ("Complaint") with prejudice, based on the following documents being filed concurrently with this Motion:

- o  Declaration of Jeffrey W. Golan in Support of Lead Plaintiffs' Motion Pursuant to Rule 60(b) to Open Judgment;

- o  Memorandum of Law in Support of Lead Plaintiffs' Motion Pursuant from Relief of the Court's May 11, 2017 Judgment Pursuant to Fed. R. Civ. P. 60(b); and

- o  Lead Plaintiffs' Request for an Indicative Ruling Pursuant to Fed. R. Civ. P. 62(1).

Lead Plaintiffs filed a timely appeal from the Judgment, the prosecution of which has been stayed by the pendency of a bankruptcy proceeding filed by Defendant First NBC Bank Holding Company. The appeal was dismissed with prejudice with respect to Defendant Ernst & Young LLP, and therefore the Judgment has become final in that regard, but the appeal remains pending

against Defendants First NBC Bank Holding Company ("First NBC"), Ashton J. Ryan, Jr. ("Ryan") and Mary Beth Verdigets ("Verdigets"), with respect to whom Lead Plaintiffs are seeking to open the Judgment.

During the pendency of the bankruptcy stay, significant, new evidence has emerged of the fraudulent misconduct alleged in the Complaint.  As detailed in the Declaration, Memorandum of Law and Request for an Indicative Ruling, the newly discovered evidence provides a compelling and, in many respects, irrefutable basis for pleading Defendants First NBC's, Ryan's and Verdigets's scienter and warrants reopening the Judgment to allow Lead Plaintiffs to file a second amended complaint against Defendants First NBC, Ryan and Verdigets.  In addition, with the filing in the Bankruptcy Court, on January 22, 2021 of the Joint Notice of the Occurrence of the Effective Date and Funding of Chapter 11 Plan of Reorganization (BK Dkt. No. 959), the automatic stay of proceedings has been lifted.  Accordingly, Lead Plaintiffs respectfully request that the Court: (1) vacate the Judgment with respect to Defendants First NBC, Ryan and Verdigets; and (2) allow Lead Plaintiffs to file a second amended complaint against Defendants First NBC, Ryan and Verdigets.

Rule 62.1 allows this Court to entertain Lead Plaintiffs' Rule 60(b) Motion and "(1) defer considering the motion; (2) deny the motion; or (3) state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue." Fed. R. Civ. P. 62.1(a)(1) - (3).  As set forth in the above-referenced documents, this case presents precisely the type of exceptional circumstances that outweigh the general rule of favoring finality of judgments.  Accordingly, Lead Plaintiffs further respectfully request that this Court issue an indicative ruling stating either that it would grant Plaintiffs' Rule 60(b) Motion with respect to

Defendants First NBC, Ryan and Verdigets if the Fifth Circuit remands for that purpose or that Plaintiffs' Rule 60(b) Motion raises a substantial issue.

Dated:  January 27, 2021  *s/ Jeffrey W. Golan*
Jeffrey W. Golan (admitted *pro hac vice*)
Robert A. Hoffman (admitted *pro hac vice*)
Jeffrey B. Gittleman (admitted *pro hac vice*)
Chad A. Carder (admitted *pro hac vice*)
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
jgolan@barrack.com
rhoffman@barrack.com
jgittleman@barrack.com
ccarder@barrack.com

*Lead Counsel and Attorneys for Lead Plaintiffs*

and

Vincent J. Glorioso, Jr. (#6064)
Maria B. Glorioso (#24435)
Vincent J. Glorioso, III (#26896)
**THE GLORIOSO LAW FIRM**
2716 Athania Pkwy.
Metairie, LA 70002
Telephone: (504) 569-9999
Facsimile: (504) 569-9022

Jonathan Gardner
Alfred L. Fatale III (admitted *pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477

J. Gerard Stranch, IV
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801

*Additional Attorneys for Lead Plaintiffs*

3