# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Eric R. Kinzler, et al.
**PLAINTIFF(S)**

**VERSUS**

First NBC Bank Holding Company, et al.
**DEFENDANT(S)**

**CIVIL ACTION**

**No.** 2:16-cv-04243-SM-JVM

**SECTION:** E

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Open Judgment is hereby set for submission before District Judge/Magistrate Judge Morgan on February 17, 2021 at ____ __.m.

/s/ Jeffrey W. Golan
**(Signature)**

Jeffrey W. Golan
**(Name)**

2001 Market St, #3300
**(Address)**

Philadelphia     PA     19103
**(City)        (State)    (Zip)**

215-963-0600
**(Telephone)**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this _____ day of _____, 20____.

_____
**(SIGNATURE)**