MINUTE ENTRY
MORGAN, J.
November 15, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC R. KINZLER,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-4243** |
| **FIRST NBC BANK HOLDING COMPANY, ET AL.,**<br>    Defendants | **SECTION: "E" (1)** |

### MINUTE ENTRY

A telephone status conference was held on November 15, 2023, at 3:30 p.m., in the chambers of Judge Susie Morgan.

Present:    Jeffrey Golan and Robert Hoffman, counsel for Plaintiffs, Central Laborers' Pension Fund, Oakland County Michigan Employees Retirement System, and Plymouth County Massachusetts Retirement Association;

Kyle Schonekas, counsel for Defendant, First NBC Bank Holding Company; Cynthia Burnside and Molly Wells, counsel for Defendant, Ashton J. Ryan, Jr.; Aaron Greenbaum and Tim Perla, counsel for Defendant, Mary Beth Verdigets;

Edward Castaing, counsel for Ashton J. Ryan in case number 22-09.

The parties discussed the status of the case.

1

Attorney Eddie Castaing, who represents Mr. Ryan in a related insurance coverage matter pending before Judge Africk (Case No. 22-09), informed the Court that mediation in Case No. 22-09 will continue on Friday, November 17, 2023.

**New Orleans, Louisiana, on this 15th day of November, 2023.**

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:23)