# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERIC R. KINZLER, | : | No. 2:16-cv-04243 |
| Plaintiff, | : | |
| | : | |
| - versus - | : | SECTION "E" (1) |
| | : | |
| FIRST NBC BANK HOLDING COMPANY, ET AL., | : | |
| | : | |
| Defendants. | : | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL
## REGARDING DEFENDANT FIRST NBC BANK HOLDING COMPANY

By agreement of counsel and pursuant to the Court's instructions at the status conference held in this matter on March 8, 2024, counsel for Defendant First NBC Bank Holding Company ("First NBC Holding Company") and counsel for Lead Plaintiffs hereby stipulate and agree as follows:

**WHEREAS** on May 11, 2017, Defendant First NBC Holding Company filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Louisiana; and

**WHEREAS** all claims asserted by Lead Plaintiffs against Defendant First NBC Holding Company have been discharged in bankruptcy;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that an Order of dismissal shall be entered, as follows:

1. Dismissing all claims against Defendant First NBC Bank Holding Company, with prejudice, and dismissing First NBC Bank Holding Company as a Defendant to this action; and

2. The parties each to bear their own costs and attorney's fees.

DATED: March 26, 2024                                    Respectfully submitted,

*s/Jeffrey W. Golan*                                     */s/ Kyle Schonekas*
*Jeffrey W. Golan (admitted pro hac vice)*               Kyle Schonekas (11817)
*Robert A. Hoffman (admitted pro hac vice)*              Patrick S. McGoey (24549)
*Chad A. Carder (admitted pro hac vice)*                 Ellie T. Schilling (33358)
**BARRACK, RODOS & BACINE**                              SCHONEKAS, EVANS,
*3300 Two Commerce Square*                                 MCGOEY & MCEACHIN, LLC
*2001 Market Street*                                     909 Poydras Street, Suite 1600
*Philadelphia, PA 19103*                                 New Orleans, LA 70112
*Telephone: (215) 963-0600*                              (504) 680-6050/telephone
*Facsimile: (215) 963-0838*                              (504) 680-6051/facsimile
*jgolan@barrack.com*                                     kyle@semmlaw.com
*rhoffman@barrack.com*                                   patrick@semmlaw.com
*ccarder@barrack.com*                                    ellie@semmlaw.com

*Lead Counsel and Attorneys for Lead Plaintiff*          -     and -

                                                         Jay B. Kasner
                                                         Scott D. Musoff
                                                         Robert A. Fumerton
                                                         SKADDEN, ARPS, SLATE,
                                                           MEAGHER & FLOM LLP
                                                         4 Times Square
                                                         New York, NY 10036
                                                         (212) 735-3000/telephone
                                                         (212) 735-2000/facsimile
                                                         jay.kasner@skadden.com
                                                         scott.musoff@skadden.com
                                                         robert.fumerton@skadden.com

                                                         *Counsel for Defendant First NBC Bank*
                                                         *Holding Company*