MINUTE ENTRY
VAN MEERVELD
May 14, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC R. KINZLER, ET AL.<br>　*Plaintiffs* | CIVIL ACTION<br>NO.   16-4243 |
| VERSUS | SECTION: "E" (1) |
| FIRST NBC BANK HOLDING COMPANY, ET AL.,<br>　*Defendants* | JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

A settlement conference was held via video conference on Tuesday, May 14, 2024.

PRESENT FOR:

　*Lead Plaintiffs*:　　　　　　　　　　Jeffrey Golan, Alfred Fatale
　*Defendants*:
　　- Ashton Ryan:　　　　　　　　　Cynthia Burnside, Molly Wells
　　- Mary Beth Verdigets:　　　　　Aaron Greenbaum, Tim Perla, Mary Beth Verdigets
　*Non-Party Insurers*:
　　- Illinois National Ins:　　　　　Robert Benjamin
　　- Continental (CNA):　　　　　　Karen Ventrell, Andrew Lipkowitz
　　- Great American:　　　　　　　Paul Matousek, Kathleen Van Deven
　　- Federal Ins (CHUBB):　　　　Michael Goodstein, Richard Brown

Following settlement discussions, the parties were unable to negotiate a settlement of the case at this time. Counsel are to contact the undersigned if further assistance from the Court would be helpful.

*Janis van Meerveld*<br>
Janis van Meerveld<br>
United States Magistrate Judge

MJSTAR: 02:45